UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| ERIN MURRAY | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-96-DJH |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| | ) |
| DEFENDANT | ) |

## NOTICE OF REMOVAL

Defendant, Unum Life Insurance Company of America ("Unum Life"), removes this action to the United States District Court for the Western District of Kentucky. The grounds for removal are as follows:

1. On December 4, 2017, a *pro se* Complaint in Civil Action No. 17-CI-06520 was filed in Jefferson Circuit Court, Division Six (6), in Louisville, Kentucky, by Plaintiff against "UNUM Financial Recovery Unit." A First Amended Complaint naming Unum Life as Defendant was filed on January 5, 2018. The Summons, along with both complaints, was served upon Unum Life's agent for service of process, CSC, on January 16, 2018. Copies of the *pro se* Complaint, the Summons, the First Amended Complaint, a Notice of Filing and Bartley K. Hagerman's Entry of Appearance are appended hereto and constitute all process, pleadings and orders served upon Defendant to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long term disability ("LTD") plan established by Plaintiff's employer or former employer, funded by a long term disability insurance policy issued

by Unum Life to Lexmark International, Inc. [*see* First Amended Complaint ¶¶5-6]. Plaintiff alleges that her LTD benefits were improperly reduced by Unum Life and brings this action "to recover benefits owed to her under the Policy and plan, to enforce her rights under the terms of the Policy and plan, and to clarify her rights to future benefits under the terms of the Policy and plan…" [*Id.*, ¶¶23, 25].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. §1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq.* ("ERISA") [First Amended Complaint, ¶¶24-25].

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. §1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. §1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§1441(a) and (b). *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Such a claim is properly removable even if the defense of ERISA preemption does not appear on the face of the Complaint.

7.      Defendant has filed no pleadings in this action, having obtained an extension of time to February 19, 2018 to answer, and this Notice of Removal is filed within thirty (30) days after service of the Complaints and Summons in this action.

WHEREFORE, Defendant, Unum Life Insurance Company of America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

/s/ *Michelle Turner*
Michelle Turner
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: 502.426.5110
Fax: 502.426.5119
E-mail: mturner@turnerkeal.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

M. Austin Mehr         amehr@austinmehr.com
Barley K. Hagerman     bkh@austinmehr.com

/s/ *Michelle Turner*
Michelle Turner
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY  40059
Phone:  502.426.5110
Fax:  502.426.5119
E-mail:  mturner@turnerkeal.com