

# Notice of Service of Process

null / ALL
Transmittal Number: 17639524
Date Processed: 01/16/2018

| | |
|---|---|
| **Primary Contact:** | Marti Cornwell<br>UNUM Group<br>1 Fountain Square<br>Chattanooga, TN 37402 |
| **Electronic copy provided to:** | Jen Majic<br>Judy Drake<br>Janna Mullin |
| **Entity:** | UNUM Life Insurance Company Of America<br>Entity ID Number  2979591 |
| **Entity Served:** | Unum Life Insurance Company of America |
| **Title of Action:** | Erin Murray vs. Unum Financial Recovery Unit |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Jefferson County Circuit Court, Kentucky |
| **Case/Reference No:** | 17-CI-006520 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 01/16/2018 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Bartley K. Hagerman<br>859-225-3731 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | | |
|---|---|---|---|
| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice  www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 17-CI-06520 | |
| | | Court | ☑ Circuit ☐ District |
| | | County | Jefferson |

FILED IN CLERK'S OFF
JEFFERSON CIRCUIT CT
[stamp] 2018 JAN 11 PM 3:56
CLERK SD
BY _____ D.C.

**PLAINTIFF**

Erin                                                                     Murray

VS.

**DEFENDANT**

Unum Life Insurance Company of America

**Service of Process Agent for Defendant:**
Corporation Service Company
421 West Main Street
Frankfort                                  Kentucky                          40601

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: JAN 11 2018, 2____                    DAVID L. NICHOLSON, CLERK _____ Clerk

                                            By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                                Served by: _____
                                           _____ Title

Erin Murray
12703 Woodside Drive
Prospect, KY 40059

**17CI06520**

VS.

JEFFERSON CIRCUIT COURT
DIVISION SIX (6)

UNUM
Financial Recovery Unit
P.O. Box 100158
Columbia, SC 29202-3158

December 4, 2017

Dear Sirs/Madam:

In March of 2012, I was diagnosed with Meniere's Disease. Unfortunately, this chronic disease forced me to leave my 24-year career as a corporate brand marketer, and now I must use the disability insurance that I had paid for throughout my career. To make matters worse, in June 2012, I was hit from behind, in a no-fault of my own, auto accident which resulted in permanent injuries to my neck and lower back. My Norton orthopedic spine surgeon recommended cervical fusion C4-C7 surgery (ACDF). For this sole reason, I (along with my husband) sought litigation against Travelers insurance (the auto defendants insurance company).

In October 2015, I was awarded a net $83,226.55 for my current and future medical expenses. Because of my UNUM disability income, in June 2017, UNUM considered these monies as "income". Then, beginning in August 2017, UNUM began reducing my monthly disability benefits accordingly (ie: no disability monies are being paid to me).

The main argument of the auto litigation was based on my medical injuries, not lost income. The expenses alone for my impending ACDF surgery are $95,600. I also spend monies for pain relief (chiropractic care, massage manipulation), between $4,000-$7,000 a year. Unfortunately, these treatments will continue (and I am only 53 years old), as I have permanent injuries, resulting from this auto accident. These monies are being paid out-of-pocket every year from my savings, and not being reimbursed by any insurance company.

On several occasions, I have tried to professionally resolve this situation with UNUM with several letters, and even requested for an appeal. All letters and the appeal have not been successful (denied), as they continue to reduce the $83,226.55 from my benefits (I don't receive monthly benefits).

I have sought the expertise of an ERISA attorney; however, no attorney will take my case. They have told me there isn't enough money for them to make, for them to represent me and my case. Through my own research, I have seen that litigating with ERISA is a very complex process, so I will do the best that I can.

Please advise the next steps that I must take to ensure a non-biased appeal, and to have my disability benefits reinstated and refunded for my medical expenses that are needed from this auto accident.

All the best,

*[signature]*

Erin Murray

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL DIVISION
CIVIL ACTION NUMBER 17-CI-006520
*Electronically Filed*

ERIN MURRAY                                                                                              PLAINTIFF

vs.                                           **ENTRY OF APPEARANCE**

UNUM FINANCIAL RECOVERY UNIT                                              DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the undersigned and hereby enters his appearance as counsel on behalf of Plaintiff Erin Murray. The Court, Clerk, and counsel of record are hereby requested to add the undersigned to all future correspondence and pleadings.

Respectfully submitted,

*/s/ Bartley K. Hagerman*
BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com

**Mehr Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
*Counsel for Plaintiff Erin Murray*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, and that a copy of the foregoing has been served by mailing a true and accurate copy to the Clerk of Court to be served with the summons on the following:

Corporation Service Company
421 West Main Street
Frankfort, KY 40601

                                                    */s/ Bartley K. Hagerman*
                                                    BARTLEY K. HAGERMAN

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL DIVISION
CIVIL ACTION NUMBER 17-CI-006520
*Electronically Filed*

ERIN MURRAY                                                    PLAINTIFF

vs.                            **NOTICE OF FILING**

UNUM FINANCIAL RECOVERY UNIT                    DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, by and through counsel, and hereby gives notice of filing of her First Amended Complaint, pursuant to CR 15.01. Plaintiff further states that no responsive pleading has been served on Plaintiff.

                                                     Respectfully submitted,

                                                     */s/ Bartley K. Hagerman*
                                                     BARTLEY K. HAGERMAN
                                                     Email: bkh@austinmehr.com

                                                     **Mehr Fairbanks & Peterson**
                                                     **Trial Lawyers, PLLC**
                                                     201 West Short Street, Suite 800
                                                     Lexington, Kentucky 40507
                                                     Telephone: 859-225-3731
                                                     Facsimile: 859-225-3830
                                                     *Counsel for Plaintiff Erin Murray*

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 5, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, and that a copy of the foregoing has been served by mailing a true and accurate copy to the Clerk of Court to be served with the summons on the following:

Corporation Service Company
421 West Main Street
Frankfort, KY 40601


             */s/ Bartley K. Hagerman*
             BARTLEY K. HAGERMAN

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL DIVISION
CASE NO. 17-CI-006520
*Electronically Filed*

ERIN MURRAY                                                                                     PLAINTIFF

vs.                              **FIRST AMENDED COMPLAINT**

UNUM LIFE INSURANCE COMPANY OF AMERICA                          DEFENDANTS

    Serve:
    Corporation Service Company
    421 West Main Street
    Frankfort, KY 40601

                            ** ** ** ** ** ** ** ** ** **

Comes the Plaintiff, Erin Murray, through counsel, and for her First Amended Complaint against Defendant Unum Life Insurance Company of America ("Unum"),[1] states as follows:

1. Plaintiff, Erin Murray, is, and was, at all times relevant to the claims asserted herein, a citizen and resident of Jefferson County, Kentucky.

2. Defendant Unum is an insurance company domiciled in the state of Maine, where it is a citizen and resident; its statutory home office is located at 2211 Congress Street, Portland, ME 04122.

3. Unum's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, KY 40601, and Unum may be served through same. Unum is authorized to do the business of insurance by holding a Kentucky Certificate of Authority.

---

[1] This Defendant was incorrect named as Unum Financial Recovery Unit in the original Complaint.

4. Jurisdiction and venue are proper in this Court, as Plaintiff was employed and worked for Lexmark International, Inc. ("Lexmark") in Kentucky. Additionally, Plaintiff is a citizen and resident of Jefferson County, Kentucky.

5. Plaintiff was employed at Lexmark at the times relevant to the allegations asserted herein.

6. Unum supplied and issued a policy, or policies, of insurance to Lexmark, where Plaintiff obtained long-term disability coverage. The applicable insurance policy/plan number is 140602 001 (the "Policy" or "plan").

7. The Policy provides for a benefit payable to the claimant upon certain conditions, all of which exist in this case.

8. Plaintiff, while employed at Lexmark, became disabled under the terms of the Policy and remains disabled.

9. Due to Plaintiff's disability, she qualified, and continues to qualify, for long-term disability benefits under the Policy.

10. Plaintiff applied, and made a claim, for long-term disability benefits under the Policy in a timely and appropriate manner, with Unum. The claim number is 7949576.

11. Plaintiff provided sufficient proof, including medical evidence, of her disability and qualification for long-term disability benefits under the Policy, and Unum thereafter began paying Plaintiff long-term disability benefits.

12. After paying Plaintiff her due and owed long-term disability benefits for a time, Unum determined that it had allegedly overpaid Plaintiff in the amount of $22,636.98 from September 12, 2012 through June 16, 2017, and Unum notified Plaintiff of this alleged overpayment on or about June 23, 2017.

13. Unum's overpayment claim totals $83,226.55, as Unum expressed an intent to offset, or deduct, $397.14 per month from September 12, 2012 through November 20, 2029.

14. Unum asserted that the alleged overpayment resulted from Plaintiff receiving a settlement from a third party in an unrelated motor vehicle collision case; Unum incorrectly considered this to be a "deductible source of income" under the terms of the Policy.

15. On or about August 14, 2017, Unum notified Plaintiff that her monthly long-term disability benefit would be applied to the overpayment until paid in full, and Unum thereafter began wrongfully withholding Plaintiff's monthly benefit payments.

16. Plaintiff timely and appropriately, in the manner required under the Policy, appealed Unum's wrongful overpayment decision.

17. By letter dated October 19, 2017, Unum denied Plaintiff's appeal and upheld its wrongful overpayment decision, and Unum further stated that Plaintiff had the right to bring a civil suit.

18. Plaintiff timely and appropriately, in the manner required under the Policy, exhausted all administrative remedies with Unum prior to bringing this suit.

## COUNT I

19. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated and set forth herein.

20. Plaintiff is entitled to receive the full amount of her due long-term disability monthly benefits, without the offset Unum has been wrongfully applying, and intends to apply in the future, and Defendant should be required to perform under the contract and pay said benefits to Plaintiff without any offset.

3

21. The settlement with the third party stemming from an unrelated motor vehicle collision was not a deductible source of income under the terms of the Policy, and Unum is not entitled to offset or withhold same.

22. At no time did Unum overpay Plaintiff's long-term disability benefits, and Unum's assertion that an overpayment occurred is incorrect and wrongful under the Policy.

23. The overpayment decision of Unum, including the decisions to offset and withhold Plaintiff's monthly long-term disability benefits, is erroneous, a breach of fiduciary duties, an abuse of discretion, arbitrary and capricious, and contrary to the terms of the Policy and the overwhelming evidence supplied to Defendant by Plaintiff.

24. The Policy (and coverage) qualifies as a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et. seq.*

25. Pursuant to 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g), Plaintiff has been damaged by Unum's conduct, and Plaintiff therefore brings this action to recover benefits owed to her under the Policy and plan, to enforce her rights under the terms of the Policy and plan, and to clarify her rights to future benefits under the terms of the Policy and plan, and she is entitled to the foregoing relief, as well as interest, costs and attorney's fees.

26. As a direct, proximate and factual result of Unum's wrongful overpayment decision, including the decisions to offset and withhold Plaintiff's monthly long-term disability benefits, Plaintiff has been damaged in an amount exceeding the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Erin Murray demands the following relief:

1. Judgment against Defendant Unum for full contractual benefits owed (including those benefits which Unum has offset and withheld), costs and attorney's fees, prejudgment and post-judgment interest;

2. A determination by this Court that Unum's overpayment decision was wrongful and contrary to the terms of the Policy and plan, and that Unum is not entitled to offset or withhold Plaintiff's monthly benefits – past, present or future; and

3. Any and all other relief to which Plaintiff appears to be entitled.

Respectfully submitted,

*/s/ Bartley K. Hagerman*
M. AUSTIN MEHR
BARTLEY K. HAGERMAN
**Mehr Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: amehr@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, and that a copy of the foregoing has been served by mailing a true and accurate copy to the Clerk of Court to be served with the summons on the following:

Corporation Service Company
421 West Main Street
Frankfort, KY 40601

                                              */s/ Bartley K. Hagerman*
                                              BARTLEY K. HAGERMAN

Jefferson Circuit Clerk
600 W. Jefferson Street
Louisville, KY 40202

Return Receipt Requested



7017 1450 0001 1075 6801

Hasler
01/05/2018
US POSTAGE $07.50

ZIP 40507
011D12806437

Corporation Service Company
421 West Main Street
Frankfort, KY 40601