UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIN MURRAY,                                                                    Plaintiff,

v.                                              Civil Action No. 3:18-cv-96-DJH-RSE

UNUM LIFE INSURANCE COMPANY OF
AMERICA,                                                                    Defendant.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendant Unum Life Insurance Company of America with respect to all claims asserted in this matter by Plaintiff Erin Murray.

(2)     This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.